B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

In re: ANA LAURA GARZA                                    Case No. 18-10331

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A., as trustee for CMLTI Asset Trust | HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust, Inc. Asset Backed Pass-Through Certificates Series 2005-HE2 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 6565

Court Claim # (if known): 6-1
Amount of Claim: $73,458.89
Date Claim Filed: 01/08/2019

Phone: 800-274-7025
Last Four Digits of Acct. #: 1513

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 6565

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ketan Sawarkar
   AIS Portfolio Services, LP as agent    Date: 12/04/2019
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Case Name: ANA LAURA GARZA | ) ) ) ) | Case No. 18-10331<br>Judge: EDUARDO V RODRIGUEZ<br>Chapter: 13 |
| Debtor(s). | | |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 12/04/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Citibank, N.A., as trustee for CMLTI Asset Trust filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 12/04/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
ANA LAURA GARZA
120 DULUTH LN,
BROWNSVILLE, TX 78520

I hereby certify that on 12/04/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
CINDY BOUDLOCHE
555 N CARANCAHUA, STE 600
CORPUS CHRISTI, TX 78401

Debtor's counsel:
LAW OFFICE OF ENRIQUE J SOLANA PLLC
ENRIQUE J SOLANA
914 E VAN BUREN ST,
BROWNSVILLE, TX 78520

All Parties in Interest
All Parties requesting Notice

By: /s/ Ketan Sawarkar
Ketan Sawarkar, AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent