B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  Ana Laura Garza                           ,                    Case No.  18-10331

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Igloo Series IV Trust
_____
Name of Transferee

Name and Address where notices to transferee
should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:   800.603.0836  
Last Four Digits of Acct #:     1501

Name and Address where transferee payments
should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #:_____

Citibank, N.A., as Trustee for CMLT1 Asset Trust
_____
Name of Transferor

Court Claim # (if known): ____ 6-1 ____
Amount of Claim: ____ $73,458.89 ____
Date Claim Filed: ____ 01/08/2019 ____


Phone: _____
Last Four Digits of Acct. #: ____ 6565 ____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                          Date: 01/13/2021
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.